PER CURIAM:

Kirkland Augustus Coke seeks to appeal the magistrate judge's report and recommendation to deny his petition for habeas corpus relief under 28 U.S.C. § 2254 (2000). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The report and recommendation of the magistrate judge is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

*DISMISSED*

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rick Parker, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we deny Parker's motions for leave to proceed in forma pauperis and dismiss for the reasons stated by the district court. *See Parker v. Stansberry,* No. CA–04–910–5–FL (E.D.N.C. Feb. 16, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*

Rick PARKER, Petitioner—Appellant,

v.

Patricia STANSBERRY, Warden, Respondent—Appellee.

No. 05–6383.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 18, 2005.

Decided Aug. 24, 2005.

Rick Parker, Appellant Pro Se.

John Frederick BALLENTINE, Plaintiff—Appellant,

v.

VIRGINIA PAROLE BOARD, Defendant—Appellee.

No. 05–6336.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 18, 2005.

Decided Aug. 24, 2005.